NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WALTER JOHN BROIS, DOC #539452,    )
                                   )
         Appellant,                )
                                   )
v.                                 )     Case No. 2D17-834
                                   )
STATE OF FLORIDA,                  )
                                   )
         Appellee.                 )
_____    )

Opinion filed July 11, 2018.

Appeal from the Circuit Court for
Hillsborough County; Christopher C.
Sabella, Judge.

Walter John Brois, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Elba Caridad Martin,
Assistant Attorney General, for Appellee.


PER CURIAM.


          Affirmed.


CRENSHAW, LUCAS, and ATKINSON, JJ., Concur.